IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO. 4:11cr00209-22 JMM

DONNIE MITCHELL

<u>ORDER</u>

Defendant appeared February 27, 2013, for a sentencing hearing. The Court ordered as a special condition that the first eight (8) months of supervised release be home confinement with electronic home monitor at a location in the Middle District of Tennessee, if approved by the receiving district.

The special condition was not accepted by the Middle District of Tennessee accordingly that sentence is vacated.

The resentencing hearing is scheduled Friday, March 8, 2013 at 11:30 a.m.

The Clerk is requested to provide a copy of this Order to the United States Marshals Service and the United States Probation Office.

IT IS SO ORDERED this 1st day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE